

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| RAISSA DJUISSI KENGNE, | ) | Case No._____ |
| Plaintiff, | ) | |
| | ) | **1:22-CV-2237** |
| | ) | |
| v. | ) | |
| ID.ME, INC. | ) | |
| COGENCY GLOBAL INC. | ) | |
| 250 Browns Hill Ct, | ) | |
| Midlothian, VA, 23114 - 9510, USA | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING

Email Correspondence With ID.ME To Attempt To Resolve The Issue

Date: 06/06/2022

Signature:

Name: Raissa Djuissi Kengne

Address 1: 570 PIEDMONT AVE NE #55166

Address 2: ATLANTA, GA 30308

Telephone: 404-932-1651

 **Gmail**                                  Lala Kent <cianeseya2022@gmail.com>

## Message from ID.me Member Support
2 messages

---

**ID.me Member Support** <support@idme.zendesk.com>                    Mon, May 16, 2022 at 4:13 PM
Reply-To: "ID.me Member Support" <support+id10770653@idme.zendesk.com>
To: Cianeseya2022 <cianeseya2022@gmail.com>

---------------------

Thank you for submitting your request for assistance. A Member Support Representative will be reaching out as soon as possible with assistance.

For your records, your ticket number is 10770653.

This email is a service from ID.me. Delivered by Zendesk

[65VZZ9-VZQWG]

---

**ID.me Member Support** <support@idme.zendesk.com>                    Mon, May 16, 2022 at 4:13 PM
Reply-To: "ID.me Member Support" <support+id10770653@idme.zendesk.com>
To: Cianeseya2022 <cianeseya2022@gmail.com>

------------------

Thank you for submitting your request for assistance. A Member Support Representative will be reaching out as soon as possible with assistance.

For your records, your ticket number is 10770653.

Here are some great articles that may help:

### Do any of these articles answer your question?

How do I update my ID.me profile?

If you successfully verified with ID.me but need to update your ID.me profile, please follow the steps below. Doing... Read more

[ ✓ Yes, close my request ]     [ View article ]

Georgia DOL - FAQs

I have already verified with ID.me but my "My UI" account is still locked. What should I do? After verifying with... Read more

## Do any of these articles answer your question?

[ ✓ Yes, close my request ]   [ View article ]

**NJDOL - New Jersey is not able to address the issue on my claim because my email address is not associated with my unemployment insurance claim, what do I do?**

In order to quickly process your claim with the NJDOL, the email address used to file a claim must match the one used... Read more

[ ✓ Yes, close my request ]   [ View article ]

**This email is a service from ID.me. Delivered by Zendesk**

 **Gmail**                                                                 Lala Kent <cianeseya2022@gmail.com>

## Re: ID.me Member Support
6 messages

**ID.me Member Support** <support@idmeidentity.zendesk.com>                  Thu, May 26, 2022 at 12:22 PM
Reply-To: "ID.me Member Support" <support+id10770653@idmeidentity.zendesk.com>
To: Cianeseya2022 <cianeseya2022@gmail.com>

---

**Nita (ID.me Member Support)**
May 26, 2022, 12:22 EDT

Good Afternoon,

Thank you for your response! We are more than happy to help you regain access to your verified account.

To further assist you, we will need to complete a Zoom call with a live representative to confirm your account ownership. During this call, you will be asked a series of security questions, a live selfie will be taken, and you will need to present a Primary Identification Document **(e.g. driver's license, state ID, passport, or passport card).**

To be prepared for the call:

- Have a strong wifi/data connection.

- Camera is free of debris and is not blurry.

- Ensure your device is sufficiently charged.

- Make sure your microphone and speaker are enabled.

- Make sure you are in a well-lit room.

- Bring your physical "Primary Identification Document" to the call (e.g. driver's license, state ID, passport, or passport card).

Once you are ready, please click the link below! (Note: our hours are 8am to 6:30pm EST every day.)

https://help.id.me/hc/en-us/p/account-recovery

We look forward to speaking to you soon! Should you have any additional questions or concerns, feel free to reach back out.

Warm regards,

Nita

Member Support Team

ID.me, Inc.

**ID.me Support | ID.me | Twitter | Facebook**

**Veterans Get Secure Single-Sign On for Benefits**
**President's National Strategy for Trusted Identities in Cyberspace**
**Building the Trust Graph**

This message (including any attachments) may contain confidential and privileged information belonging to the sender, for a specific individual and purpose, and is legally privileged. If you are not the intended recipient, you should delete this message and any disclosure, copying, forwarding or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

---

**Cianeseya2022**
May 24, 2022, 00:01 EDT

Shamora:

Were you able to update my email address? What additional steps need to be taken? I am using my account for GDOL; the fact that I am unable to access my ID ME account is also preventing me from receiving benefits.

Sincerely,

Raissa -
Raissa Kengne, CISA, CRISC, CISM, CIA, CFE, Lean Six Sigma
CEO and President of A La Pousse, LLC
CEO and President of Kengne's CPA and Consulting Firm
cianeseya2022@gmail.com
raissa.kengne2022@protonmail.com

---

**Cianeseya2022**
May 20, 2022, 17:12 EDT

Hello Shamora:

Were you able to update my email address? What additional steps need to be taken?

Sincerely,

Raissa -

**Cianeseya2022**
May 17, 2022, 18:51 EDT

Hello Shamora:

Thank you for your email. Please let me know if you need any additional information from me as you take some additional steps.

Sincerely,

Raissa -

Raissa Kengne, CISA, CRISC, CISM, CIA, CFE, Lean Six Sigma
CEO and President of A La Pousse, LLC
CEO and President of Kengne's CPA and Consulting Firm
cianeseya2022@gmail.com
raissa.kengne2022@protonmail.com
404-932-1651

**Shamora (ID.me Member Support)**
May 17, 2022, 18:36 EDT

Hello,

Thank you for contacting ID.me. I am sorry to hear you are unable to access your verified account. I am more than happy to assist.

In order for us to update your email address, we need to take some additional steps. We will do our best to resolve your request as soon as possible.

If you have questions or additional information, please simply reply to this email. We will resolve your request as soon as possible.

Warm regards,

Shamora

Member Support Associate

ID.me, Inc.

ID.me Support | ID.me | Twitter | https://www.facebook.com/IDmeInc)

Veterans Get Secure Single-Sign On for Benefits

President's National Strategy for Trusted Identities in Cyberspace

Building the Trust Graph

This message (including any attachments) may contain confidential and privileged information belonging to the sender, for a specific individual and purpose, and is legally privileged. If you are not the intended recipient, you should delete this message and any disclosure, copying, forwarding or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Cianeseya2022

May 16, 2022, 16:13 EDT

Hello:

I have changed my email address from rkengne1@gmail.com to cianeseya2022@gmail.com.

I no longer have access to the initial address email I used: rkengne1@gmail.com.

I am unable to log into ID.Me in order to verify my ID and update my payment information for UI GDOL.

Can you please assist with updating my email address on ID.Me so that I can proceed with an Identification?

Sincerely,

Raissa –

This email is a service from ID.me Member Support. Delivered by Zendesk

[65VZZ9-VZQWG]

**ID.me Member Support** <support@idmeidentity.zendesk.com>　　　　　　　　　　　Thu, May 26, 2022 at 12:25 PM
Reply-To: "ID.me Member Support" <support+id10770653@idmeidentity.zendesk.com>
To: Cianeseya2022 <cianeseya2022@gmail.com>

---------------------

## Nita (ID.me Member Support)

May 26, 2022, 12:25 EDT

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

[65VZZ9-VZQWG]

---

**ID.me Member Support** <support@idmeidentity.zendesk.com>　　　　　　　　　　　Fri, May 27, 2022 at 11:50 AM
Reply-To: "ID.me Member Support" <support+id10770653@idmeidentity.zendesk.com>
To: Cianeseya2022 <cianeseya2022@gmail.com>

**John** (ID.me Member Support)
May 27, 2022, 11:50 EDT

Hello Raissa,

This is John, thank you for confirming your information with me on the Zoom call. We have submitted a ticket to update your account, and will contact you as soon as it has been done.

Thank you for your patience.

Warm regards,

John

Member Support Associate

ID.me, Inc.

ID.me Support | ID.me | Twitter | Facebook

[Quoted text hidden]


[Quoted text hidden]
[Quoted text hidden]

[65VZZ9-VZQWG]

---

**Lala Kent** <cianeseya2022@gmail.com>                             Sun, May 29, 2022 at 8:39 PM
To: "ID.me Member Support" <support+id10770653@idmeidentity.zendesk.com>

Hello John:

I have not received an email from you or from ID.Me to let me know that the email address change was done.

Should you need any other additional information from me, please do not hesitate to reach out to me.

Sincerely,

Raissa -

Raissa Kengne, CISA, CRISC, CISM, CIA, CFE, Lean Six Sigma
CEO and President of A La Pousse, LLC
CEO and President of Kengne's CPA and Consulting Firm
cianeseya2022@gmail.com
raissa.kengne2022@protonmail.com
404-932-1651

[Quoted text hidden]

---

**ID.me Member Support** <support@idmeidentity.zendesk.com>　　　　　Tue, May 31, 2022 at 10:05 AM
Reply-To: "ID.me Member Support" <support+id10770653@idmeidentity.zendesk.com>
To: Cianeseya2022 <cianeseya2022@gmail.com>

---------------------

**John (ID.me Member Support)**
May 31, 2022, 10:05 EDT

Hello Raissa,

Thank you for your message.

I have reviewed the status of your account update and see that the update is still being processed. I apologize for the delay.

I will contact you again as soon as I receive confirmation that your account update has been completed. Thank you for your continued patience.

Warm regards,

John

Member Support Associate

ID.me, Inc.

**ID.me Support | ID.me | Twitter | Facebook**

**Veterans Get Secure Single-Sign On for Benefits**

**President's National Strategy for Trusted Identities in Cyberspace**

**Building the Trust Graph**

This message (including any attachments) may contain confidential and privileged information belonging to the sender, for a specific individual and purpose, and is legally privileged. If you are not the intended recipient, you should delete this message and any disclosure, copying, forwarding or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

### Cianeseya2022
May 29, 2022, 20:39 EDT

Hello John:

I have not received an email from you or from ID.Me to let me know that the email address change was done.

Should you need any other additional information from me, please do not hesitate to reach out to me.

[Quoted text hidden]


[Quoted text hidden]
[Quoted text hidden]

[65VZZ9-VZQWG]

---

**Lala Kent** <cianeseya2022@gmail.com>                                              Fri, Jun 3, 2022 at 5:16 PM
To: "ID.me Member Support" <support+id10770653@idmeidentity.zendesk.com>

John:

**REQUEST:**
I am following up again on the status of my request. Is there a legal process that I need to take on my end in order to fast forward the process?

I have not received any income since November 18th, 2022. I was constructively discharged from BDO USA after notifying my supervisor, the SEC, and the PCAOB of unethical behaviors that are in violation of SEC regulations and PCAOB standards exhibited by Wesley Freeman, Scott Meier, Peter Poppo, Paul Davidson, Mark Davenport, and Johnson Wong at the following public companies and their affiliates: Interface, Atlanticus, BioHorizons (Henry Schein's subsidiary), Otelco, BlueLinx, NMS SPAR (subsidiary of SPAR).

Since I filed a complaint with the SEC and the PCAOB, my home has been broken into. My phones and computers have been hacked.

**ID.ME RESPONSIBILITY:**
Since GDOL requires unemployed US citizens to utilize ID.ME, ID.ME has a legal responsibility to provide citizens with its services in a timely manner.
It has been months now that I am unable to access my account.
Should the delay be resolved by a Judge injunction, please let me know and I will start the legal process.

Have a nice week-end!

Sincerely,

Raissa -

Raissa Kengne, CISA, CRISC, CISM, CIA, CFE, Lean Six Sigma
CEO and President of A La Pousse, LLC
CEO and President of Kengne's CPA and Consulting Firm
cianeseya2022@gmail.com
raissa.kengne2022@protonmail.com

[Quoted text hidden]

## Entity Information

### Entity Information

| | |
|---|---|
| Entity Name: | ID.me, Inc. |
| Entity ID: | F1854985 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Series LLC: | N/A |
| Reason for Status: | Active and In Good Standing |
| Formation Date: | N/A |
| Status Date: | 04/13/2021 |
| VA Qualification Date: | 03/23/2011 |
| Period of Duration: | Perpetual |
| Industry Code: | 0 - General |
| Annual Report Due Date: | N/A |
| Jurisdiction: | DE |
| Charter Fee: | $500.00 |
| Registration Fee Due Date: | Not Required |

### Registered Agent Information

| | |
|---|---|
| RA Type: | Entity |
| Locality: | CHESTERFIELD COUNTY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | COGENCY GLOBAL INC. |
| Registered Office Address: | 250 Browns Hill Ct, Midlothian, VA, 23114 - 9510, USA |

Principal Office Address

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov

Address: 8280 Greensboro Dr Ste 800, Mc Lean, VA, 22102 - 3811, USA

Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| | Yes | KELLY PERDEW | 8280 Greensboro Dr Ste 800, Mc Lean, VA, 22102 - 3811, USA | 03/31/2022 |
| President, Chief Executive Officer | Yes | BLAKE MICHAEL HALL | 8280 Greensboro Dr Ste 800, Mc Lean, VA, 22102 - 3811, USA | 03/31/2022 |
| | Yes | THOMAS POULIOT | 8280 Greensboro Dr Ste 800, Mc Lean, VA, 22102 - 3811, USA | 03/31/2022 |
| | Yes | LIRON GITIG | 8280 Greensboro Dr Ste 800, Mc Lean, VA, 22102 - 3811, USA | 03/31/2022 |
| | Yes | VICTOR PASCUCCI III | 8280 Greensboro Dr Ste 800, Mc Lean, VA, 22102 - 3811, USA | 03/31/2022 |
| | Yes | Erin Teague | 8280 Greensboro Dr Ste 800, Mc Lean, VA, 22102 - 3811, USA | 03/31/2022 |
| Secretary, General Counsel | No | Michelle Graffum | 8280 Greensboro Dr Ste 800, Mc Lean, VA, 22102 - 3811, USA | 03/31/2022 |

Current Shares

Total Shares: 36677021

Filing History    RA History    Name History    Previous Registrations

Garnishment Designees    Image Request

Back    Return to Search    Return to Results

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us (https://www.scc.virginia.gov